UNITED STATES of America, Appellee,

v.

Robert BRADFORD, Petitioner-Appellant.

No. 6, Docket 25607.

United States Court of Appeals Second Circuit.

Submitted Oct. 13, 1959.

Decided Nov. 4, 1959.

See also United States ex rel. Bradford v. Thompson, 2 Cir., 185 F.2d 1021; United States v. Bradford, 2 Cir., 194 F.2d 197, certiorari denied Bradford v. United States, 343 U.S. 979, 72 S.Ct. 1079, 96 L.Ed. 1371, certiorari denied 347 U.S. 945, 74 S.Ct. 642, 98 L.Ed. 1093; and see D.C.S.D.N.Y., 122 F.Supp. 915; 2 Cir., 238 F.2d 395, certiorari denied 352 U.S. 1002, 77 S.Ct. 558, 1 L.Ed.2d 546.

Robert Bradford, petitioner-appellant, pro se.

S. Hazard Gillespie, Jr., U. S. Atty., and Samuel Sheres and George I. Gordon, Asst. U. S. Attys., S.D.N.Y., New York City, for appellee.

Before CLARK, Chief Judge, MOORE, Circuit Judge, and J. JOSEPH SMITH, District Judge.

PER CURIAM.

Affirmed on the opinion of District Judge Bryan, D.C.S.D.N.Y., 178 F.Supp. 709.